UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                              Case No.: 14-32323-RBR
                                                    Chapter 11

MARION C. RAMCHARAN,

       Debtor.
_____/

SUMMARY OF FINAL FEE APPLICATION
OF VAN HORN LAW GROUP, P.A.

1. Name of Applicant:                         Van Horn Law Group, P.A.
2. Role of Applicant:                         Counsel for Marion C. Ramcharan
3. Name of certifying professional:           Chad T. Van Horn, Esq.
4. Date case filed:                           October 6, 2014
5. Date of application for employment:        November 26, 2014
6. Date of order approving employment:        December 11, 2014
7. If Debtor's counsel, date of Disclosure
   of Compensation form:                      October 17, 2014
8. Date of this application:                  February 15, 2016
9. Dates of services covered:                 October 1, 2014 through February 13, 2016
10. If case is chapter 7, amount
    Trustee has on hand:                      Not applicable

**Fees:**

| | |
|---|---|
| 11. Total fee requested for this period (from Exhibit 1) | $ 16,672.50 |
| 12. Balance remaining in fee retainer account, not yet awarded | $       0.00 |
| 13. Fees paid or advanced for this period, by other sources | $       0.00 |
| **14. Net amount of fee requested for this period** | **$ 16,672.50** |

**Expenses:**

| | |
|---|---|
| 15. Total expense reimbursement requested for this period | $ 1,997.76 |
| 16. Balance remaining in expense retainer account, not yet received | ($       0.00) |
| 17. Expenses paid or advanced for this period, by other sources | $       0.00 |
| **18. Net amount of expense reimbursements for this period** | **$ 1,997.76** |
| 19. Gross award requested for this period (#11 + #15) | $       0.00 |
| **20. Net award requested for this period (#14 + #18)** | **$ 18,670.26** |
| **21. If Final Fee Application, amounts of net awards requested in interim Applications but <u>not previously awarded</u>** (total from History of Fees and Expenses, following pages): | **$       0.00** |
| **22. Final fee and Expense award requested (#20 + #21)** | **$ 18,670.26** |

## History of Fees and Expenses

1. Dates, sources, and amounts of retainers received:

   | Dates | Source | Amount | For fees or costs? |
   |---|---|---|---|
   | 06/16/2014 | Debtor | $2,060.00 | Costs |
   | 09/17/2014 | Debtor | $5,000.00 | Fees |

2. Dates, sources, and amounts of third party payments received:

   | Dates | Source | Amount | For fees or costs? |
   |---|---|---|---|
   | [None] | | | |

3. Prior fee and expense awards

   [None]

## Summary of All Prior Applications and Awards

[None]

## FEE APPLICATION

Chad T. Van Horn, Esq. and the Law Firm of Van Horn Law Group, P.A., counsel to the Chapter 11 Debtor, applies for Final compensation for fees for services rendered and costs incurred in this Chapter 11 proceeding. This application is filed pursuant to 11 U.S.C. §330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B"- Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The applicant believes that the requested fee, of $16,672.50 for 76.40 hours worked, is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

**The Time and Labor Required:**

The actual time records maintained by the professionals performing services for the Debtor and the estate document the hours expended by the Applicant in performing professional services on behalf of the Debtor. Those daily time records do not capture every act, every phone call or email and do not reflect all of the time spent by counsel contemplating the circumstances or solutions presented. The time records are merely an enumeration of the recorded time devoted to various aspects of this matter. Applicant suggests that these records do not fully reflect the quality, character, or importance of the services performed by the Applicant. The time records do reflect, however, the various services performed required to adequately represent the interests of the Debtor. Summaries of Applicant's time reports are attached hereto as Exhibits 1-A and 1-B.

**The Novelty and Difficulty of the Services Rendered:**

The services required for this Chapter 11 proceeding were not particularly difficult, although the valuation motions proved to require additional time allotted or negotiations and attendance at hearings.

**The Skill Requisite to Perform the Services Properly:**

Applicant was required to possess substantial legal skill and experience in the areas of bankruptcy, business reorganization, commercial law, secured transactions, collection law, litigation, and negotiation to perform the services and obtain the results described herein.

### The Preclusion of Other Employment by the Professional
### Due to the Acceptance of the Case:

Applicant is not aware of employment which was precluded by the acceptance of this case. However, had Applicant not accepted this case, the time spent on this case might have been devoted to other matters paying substantial hourly compensation on a current basis.

### The Customary Fee:

The rates charged by the participating attorneys as set forth in the attached exhibits are well within the range charged by attorneys in the Southern District of Florida of similar skill and reputation in the areas of bankruptcy and commercial law.

### Whether the Fee is Fixed or Contingent:

Applicant's compensation for handling this matter is entirely contingent upon, and subject to, such award as this Court may allow. In this regard, however, Applicant asks the Court take into account the substantial time and effort expended the skill and diligence displayed, and the favorable results achieved thus far.

### Time Limitations Imposed by the Client or Other Circumstances:

Applicant was mindful of the desires of the Debtor to complete administration of this case in a timely manner.

### The Experience, Reputation, and Ability of the Professional:

Applicant enjoys a reputation for having proven substantial ability in the fields of bankruptcy, litigation, and business reorganizations.

  Chad T. Van Horn, Esq., received a Bachelor of Science in Business Management with a concentration in Entrepreneurship and International Business, from Robert Morris University in Pittsburgh, PA. While at Robert Morris University, Mr. Van Horn had the opportunity to study abroad at the American University of Rome in Rome, Italy. He then went on to receive his Juris Doctorate from Nova Southeastern University, Shepard Broad College of Law, where he was named speaker of his Graduating class. Mr. Van Horn has been a licensed Realtor in the State of Florida since 2005, and still actively assists Realtors through legal issues. Originally from Pittsburgh, PA, Mr. Van Horn is the founder of Van Horn Law Group P.A. and has worked primarily in Bankruptcy since 2007. He has experience in many different areas in the legal field, particularly in the areas of Business and Real Estate Transactions, Commercial and Real Estate Litigation, Loan Modifications, Landlord Tenant Disputes and Bankruptcy Law, both personal and corporate. Mr Van Horn was recently named a 2013 Rising Star by Super Lawyers. Mr. Van Horn is admitted to the Florida Bar and the United States District Courts for the Northern, Middle and Southern Districts of Florida.

  Daniel Velasquez, Esq., M.B.A. attended Stetson University where he received a Bachelor of Business Administration in Management. He then expanded upon his undergraduate studies and

received a Master of Business Administration and his Juris Doctorate Degree from Nova Southeastern University and upon graduation was awarded the distinguished Larry S. Kalevitch Award for the Student Showing Outstanding Promise in the areas of Business and Bankruptcy Law. Since becoming a member of the Florida Bar, Mr. Velasquez has devoted his practice to bankruptcy and commercial litigation. Mr. Velasquez is presently admitted to practice in the State of Florida. Additionally, he is admitted to practice in the Federal District Court for the Southern District of Florida.

### The Undesirability of the Case:

The instant case was not undesirable, and Applicant was extremely proud to have had the privilege of serving the Debtor in this proceeding.

### The Nature and Length of the Professional Relationship of the Client:

This was the first encounter with this client, although your undersigned hopes to enjoy a continuing professional relationship should the client require legal services in the future.

### Awards in Similar Cases:

The amount prayed for by Applicant is not unreasonable in terms of awards similar cases where comparable results have been obtained through the diligence and skill of counsel. The fees requested by Applicants, computed at the rate between $150.00 and $350.00 per hour, comport with the economic spirit of the Bankruptcy Code. Applicant respectfully prays this Court take notice that Applicant occupies an office in a commercial location in Downtown Fort Lauderdale, with sophisticated office equipment, electronic library software, including word processors and computers, and support personnel. Consequently, a substantial portion of such hourly fees as may be awarded by this Court will merely defray the substantial overhead charges and expenses already incurred and paid in cash during the time of this proceeding.

### Case Accomplishments:

Debtor's counsel engaged in a number of steps required to propose a feasible Plan of Reorganization for the Debtor. First, Debtor's counsel successfully established a current market value for Debtor's investment properties, enabling a reduction of certain mortgage liens encumbering the investment properties. At the terms proposed in Debtor's Plan of Reorganziation, such a reduction allows Debtor to continually operate his properties with positive cash flow. Second, the resulting positive cash flow generated by Debtor's investment properties was applied to repay a portion of Debtor's general unsecured creditors consistent with applicable Bankruptcy Code provisions and at a rate greater than what would otherwise be provided for unsecured claimants in a hypothetical Chapter 7. In all, Debtor has retained all of his investment properties he entered bankruptcy with, all of which will be utilized in Debtor's Plan of Reorganization.

## Certification

1. I have been designated by VAN HORN LAW GROUP, P.A. (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: **None**

**Van Horn Law Group, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
Florida Bar No. 0064500
Email: Chad@cvhlawgroup.com

**Summary of Professional and Paraprofessional Time**
**Total per Individual for this Period Only**
**(EXHIBIT "1-A")**

| Name of Attorney/<br>Associate/Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|---|---|---|---|---|
| Daniel A. Velasquez, Esq., M.B.A. (Associate) | 2012 | 29.10 | $300.00 | $8,730.00 |
| Chad T. Van Horn, Esq. (Partner) | 2009 | 2.70 | $350.00 | $945.00 |
| Marlene Velazquez (Paraprofessional) | | 23.60 | $150.00 | $3,540.00 |
| Martha Cayo (Paraprofessional) | | 1.50 | $150.00 | $225.00 |
| Milagros Scribani (Paraprofessional) | | 5.50 | $150.00 | $825.00 |
| Bea Serrano (Paraprofessional) | | 9.90 | $150.00 | $1,485.00 |
| Anthony Jay Molluso (Paraprofessional) | | 4.10 | $225.00 | $922.50 |

Total Hours:                                                                                  76.40

Blended Average Hourly Rate:                                                     $ 210.71

Total Fees:                                                                                      $ 16,672.50

**Summary of Professional and Paraprofessional Time by**
**Activity Code Category for this Time Period Only**
**(Exhibit "1-B")**

### Activity Code 1: Case Administration

| Name of Attorney/ Associate/Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|---|---|---|---|---|
| Daniel A. Velasquez, Esq., M.B.A.(Associate) | 2012 | 19.30 | $300.00 | $5,790.00 |
| Chad T. Van Horn, Esq. (Partner) | 2009 | 0.20 | $350.00 | $70.00 |
| Marlene Velazquez (Paraprofessional) | | 23.60 | $150.00 | $3,540.00 |
| Martha Cayo (Paraprofessional) | | 1.50 | $150.00 | $225.00 |
| Milagros Scribani (Paraprofessional) | | 5.50 | $150.00 | $825.00 |
| | | 4.10 | $225.00 | $922.50 |
| Bea Serrano | | 1.90 | $150.00 | $285.00 |

Activity Subtotal: **$11,657.50**

### Activity Code 2: Claims Administration

| Name of Attorney/ Associate/Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|---|---|---|---|---|
| Daniel A. Velasquez, Esq., M.B.A. (Associate) | 2012 | 1.20 | $300.00 | $360.00 |
| Chad T. Van Horn, Esq. (Partner) | 2009 | 0.60 | $350.00 | $210.00 |

Activity Subtotal: **$570.00**

### Activity Code 3: Fee/Employment Applications

| Name of Attorney/ Associate/Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|---|---|---|---|---|
| Daniel A. Velasquez, Esq., M.B.A. (Associate) | 2012 | 1.20 | $300.00 | $360.00 |
| Bea Serrano (Paraprofessional) | | 8.00 | $150.00 | $1,200.00 |

Activity Subtotal: **$1,560.00**

### Activity Code 4: Meeting of Creditors

| Name of Attorney/ Associate/Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|---|---|---|---|---|
| Daniel A. Velasquez, Esq., M.B.A. (Associate) | 2012 | 3.00 | $300.00 | $900.00 |

Activity Subtotal: **$900.00**

### Activity Code 5: Plan and Disclosure Statement

| Name of Attorney/ Associate/Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|---|---|---|---|---|
| Daniel A. Velasquez, Esq., M.B.A. (Associate) | 2012 | 4.40 | $300.00 | $1,320.00 |
| Chad T. Van Horn, Esq. (Partner) | 2009 | 1.90 | $350.00 | $665.00 |

Activity Subtotal: **$1,985.00**

## Summary of Requested Reimbursement of
## Expenses for this Time Period Only
## (EXHIBIT "2")

| | | |
|---|---|---|
| 1. | Filing Fees | $ 1,717.00 |
| 2. | Process Service Fees | $ 0.00 |
| 3. | Witness Fees | $ 0.00 |
| 4. | Court Reporter Fees and Transcripts | $ 0.00 |
| 5. | Lien and Title Searches | $ 0.00 |
| 6. | Photocopies | |
| | (a) In-house copies (3,626.00 at 15¢/page) | $ 0.00 |
| | (b) Outside copies ($ 0.00) | $ 0.00 |
| 7. | Postage | $ 280.76 |
| 8. | Overnight Delivery Charges | $ 0.00 |
| 9. | Outside Courier/Messenger Services | $ 0.00 |
| 10. | Long Distance Telephone Charges | $ 0.00 |
| 11. | Long Distance Fax (copies at $1/page) | $ 0.00 |
| 12. | Computerized Research | $ 0.00 |
| 13. | Outside of S.D. Fla. Travel | $ 0.00 |
| 14. | Other permissible Expenses | $ 0.00 |
| **Total Expense Reimbursement Requested** | | **$ 1,997.76** |

## EXHIBIT A: TIME ENTIRES BROKEN DOWN BY ACTIVITY CODE
### Ramcharan, Case #14-32323-RBR

**Activity Code: CASE ADMINISTRATION**

| Date | Description | Hours | Fees |
|---|---|---|---|
| 10/1/2014 | (MS) Working on schedules, internet search looking for property appraisers and clerk of court public records. (3.2) | 3.20 | $ 480.00 |
| 10/6/2014 | (MS) Meet with the Client, review documents, filed petition, Exhibit D, Creditor matrix and Statement of Social Security. Prepared and filed Suggestion of Bankruptcy (HSBC Bank USA, Green Tree and Target). (2.3) | 2.30 | $ 345.00 |
| 10/16/2014 | (DAV) Reviewed Schedules prior to filing. (.5) | 0.50 | $ 150.00 |
| 10/16/2014 | (DAV) Researched joint tenancy lien strip. (1) | 1.00 | $ 300.00 |
| 10/20/2014 | (DAV) Meeting with client regarding next strategies for chapter 11 procedure. (.5) | 0.50 | $ 150.00 |
| 10/22/2014 | (DAV) Phone call with client and Suntrust bank regarding opening documents for DIP account. (.2) | 0.20 | $ 60.00 |
| 10/28/2014 | (MC) Prepared CMS. (1.5) | 1.50 | $ 225.00 |
| 11/10/2014 | (DAV) Phone call with debtor to organize 341 meeting requirements. (.2) | 0.20 | $ 60.00 |
| 11/11/2014 | (DAV) Reviewed case file and schedules in preparation for pre-341 phone conference, drafted application to employ to bring to 341 meeting. (1.2) | 1.20 | $ 360.00 |
| 11/26/2014 | (DAV) Drafted and filed Application to Employ Attorney. (.5) | 0.50 | $ 150.00 |
| 11/30/2014 | (DAV) Drafted and filed COS for application to Employ DE 18. (.3) | 0.30 | $ 90.00 |
| 12/10/2014 | (DAV) Attendance at hearing concerning Application to Employ Attorney. (.5) | 0.50 | $ 150.00 |
| 12/15/2014 | (DAV) Drafted and filed certificate of service for Order Granting Application to Employ. (.3) | 0.30 | $ 90.00 |
| 3/2/2015 | (DAV) Review motion for adequate protection filed by Green Tree Servicing. (.2) | 0.20 | $ 60.00 |
| 3/19/2015 | (DAV) Phone call with client regarding Adequate protection payments. (.2) | 0.20 | $ 60.00 |
| 3/19/2015 | (DAV) Email to opposing counsel regarding adequate protection order. (.2) | 0.20 | $ 60.00 |
| 3/20/2015 | (DAV) Drafted Agreed Interim Order Granting Adequate Protection. (.7) | 0.70 | $ 210.00 |
| 3/23/2015 | (DAV) Email response to opposing counsel with proposed order. (.2) | 0.20 | $ 60.00 |
| 3/25/2015 | (DAV) Attendance at hearing concerning Motion for Adequate Protection. (1) | 1.00 | $ 300.00 |

| Date | Description | Hours | Fees |
|---|---|---|---|
| 4/1/2015 | (DAV) Phone call with City of Lauderhill regarding utility shutoff. (.2) | 0.20 | $ 60.00 |
| 4/13/2015 | (DAV) Emailed client regarding payment to Green Tree per adequate protection order. (.2) | 0.20 | $ 60.00 |
| 4/13/2015 | (MV) Drafted and filed COS on Agreed Order DE 34. (.3) | 0.30 | $ 45.00 |
| 4/21/2015 | (DAV) Email to opposing counsel regarding payment of first APP. (.2) | 0.20 | $ 60.00 |
| 4/27/2015 | (MV) Met with client. She is receiving invoices from a creditor which she states was to be included in the BK. Also wanted to discuss issues with property that was surrendered. (.5) | 0.50 | $ 75.00 |
| 5/6/2015 | (DAV) Email to staff regarding adequate protection payments. (.2) | 0.20 | $ 60.00 |
| 5/7/2015 | (DAV) Email to opposing counsel regarding adequate protection payment receipt. (.2) | 0.20 | $ 60.00 |
| 5/12/2015 | (DAV) Phone call with client regarding water bill and adequate protection payments. (.2) | 0.20 | $ 60.00 |
| 5/13/2015 | (DAV) Phone call to opposing counsel regarding hearing on adequate protection. (.2) | 0.20 | $ 60.00 |
| 5/13/2015 | (DAV) Phone call with client regarding adequate protection payments. (.2) | 0.20 | $ 60.00 |
| 5/13/2015 | (DAV) Phone call with opposing counsel (Greentree) regarding adequate protection payments. (.2) | 0.20 | $ 60.00 |
| 5/14/2015 | (DAV) Email to opposing counsel regarding review of adequate protection order. (.2) | 0.20 | $ 60.00 |
| 5/15/2015 | (DAV) pre-hearing meeting with opposing counsel regarding adequate protection and attendance at adequate protection hearing. (1) | 1.00 | $ 300.00 |
| 5/17/2015 | (DAV) Reviewed and revised final adequate protection order and circulated with opposing counsel for review. (1) | 1.00 | $ 300.00 |
| 5/18/2015 | (DAV) Email to trustee's office with agreed final adequate protection order. (.2) | 0.20 | $ 60.00 |
| 5/21/2015 | (MV) Met w/client, went over Dec., Jan, Feb & March MOR's. (.8) | 0.80 | $ 120.00 |
| 5/27/2015 | (MV) Sent client email requesting bank statement for end of DEC. (.2) | 0.20 | $ 30.00 |
| 6/2/2015 | (MV) 2nd email to client re: missing bank statement info for MOR's. (.2) | 0.20 | $ 30.00 |
| 6/4/2015 | (MV) Rcv'd call from Statewide Appraisal company re: 5540 NW 12 Street Property. (.2) | 0.20 | $ 30.00 |
| 6/11/2015 | (MV) Sat w/DV to review outstanding client MOR's. (.2) | 0.20 | $ 30.00 |
| 6/15/2015 | (MV) Spoke w/client re: missing MOR's and Bank Statements for Oct, Nov, Dec. She said she would fax in what she has. (.2) | 0.20 | $ 30.00 |
| 6/16/2015 | (DAV) Review motion to dismiss filed by the US Trustee. (.2) | 0.20 | $ 60.00 |

| Date | Description | Hours | Fees |
|---|---|---|---|
| 6/16/2015 | (MV) Rcv'd missing bank statements from client; Reviewed, redacted and scan in Dec-March MOR's. (.5) | 0.50 | $ 75.00 |
| 6/16/2015 | (MV) Reviewed and filed client's Dec-Feb MOR's. (.5) | 0.50 | $ 75.00 |
| 6/17/2015 | (MV) Spoke with client re: March MOR. (.2) | 0.20 | $ 30.00 |
| 6/17/2015 | (MV) Emailed client March MOR to correct and return to us. (.2) | 0.20 | $ 30.00 |
| 6/17/2015 | (MV) Spoke w/client; she confirmed that she made correction and faxed back March MOR. (.2) | 0.20 | $ 30.00 |
| 6/17/2015 | (MV) Emailed form 2nd time to client to make change. (.2) | 0.20 | $ 30.00 |
| 6/18/2015 | (DAV) Reviewed MArch oeprating report. (.3) | 0.30 | $ 90.00 |
| 6/18/2015 | (MV) Spoke with client; she made final change to MOR and faxed it back. (.2) | 0.20 | $ 30.00 |
| 6/18/2015 | (MV) Made correction to client's March MOR; gave to DV for review. (.2) | 0.20 | $ 30.00 |
| 6/18/2015 | (MV) Redacted, scanned in and filed March MOR. (.3) | 0.30 | $ 45.00 |
| 6/19/2015 | (MV) Spoke w/client; she confirmed that she faxed April - May MOR's. (.2) | 0.20 | $ 30.00 |
| 6/22/2015 | (MV) Spoke w/client re: Hearing on Motion to Dismiss Case. She said she would get the missing MOR's to us asap. (.2) | 0.20 | $ 30.00 |
| 6/24/2015 | (MV) Emailed May MOR back to client - correction needed. (.2) | 0.20 | $ 30.00 |
| 6/24/2015 | (MV) Client called said she was faxing the corrected May MOR and the Oct. MOR. (.2) | 0.20 | $ 30.00 |
| 6/24/2015 | (MV) Rcv'd Oct. MOR; gave to DV for final review. (.2) | 0.20 | $ 30.00 |
| 6/24/2015 | (MV) Emailed client regarding missing Suntrust statement on Oct. MOR. (.2) | 0.20 | $ 30.00 |
| 6/25/2015 | (MV) Rcv'd client's Nov. MOR via fax. (.2) | 0.20 | $ 30.00 |
| 6/25/2015 | (MV) Emailed client re missing Nov. bank statement. (.2) | 0.20 | $ 30.00 |
| 7/2/2015 | (MV) Emailed client again re: Nov MOR. (.2) | 0.20 | $ 30.00 |
| 7/6/2015 | (DAV) Phone call with trustee's office regarding dismissal of case. (.2) | 0.20 | $ 60.00 |
| 7/6/2015 | (DAV) Response to Motion to Dismiss Case. (.5) | 0.50 | $ 150.00 |
| 7/6/2015 | (MV) Went over Oct, Nov, May MOR's; emailed client re: missing info and corrections needed. (.8) | 0.80 | $ 120.00 |

3

| Date | Description | Hours | Fees |
|---|---|---|---|
| 7/6/2015 | (MV) Reviewed case file; client missing various MOR's including Oct and Nov. (.2) | 0.20 | $ 30.00 |
| 7/6/2015 | (MV) Spoke with client re: information needed on 3 MOR's. (.2) | 0.20 | $ 30.00 |
| 7/7/2015 | (DAV) Preparation for hearing on motion to dismiss case. (.5) | 0.50 | $ 150.00 |
| 7/7/2015 | (MV) Reviewed, redacted and filed April/May MOR's. (.5) | 0.50 | $ 75.00 |
| 7/7/2015 | (MV) Spoke w/client again re: missing report info/bank statements. (.2) | 0.20 | $ 30.00 |
| 7/7/2015 | (MV) Client called, wanted clarification on what was needed to complete MOR's. (.2) | 0.20 | $ 30.00 |
| 7/8/2015 | (DAV) Attendance at status conference and phone call with debtor for hearing update. (.5) | 0.50 | $ 150.00 |
| 7/8/2015 | (MV) Recevied fax from client containing Nov. MOR and 2 pgs of Oct. MOR - Nov. MOR is still not legible. (.2) | 0.20 | $ 30.00 |
| 7/8/2015 | (MV) Emailed DV re: reports received (incomplete). (.2) | 0.20 | $ 30.00 |
| 7/8/2015 | (MV) Spoke w/client she confirmed that she was going to re-do Nov. MOR in a darker ink and fax to us. (.2) | 0.20 | $ 30.00 |
| 7/8/2015 | (MV) Reviewed case with DV; went over details of MTD hearing. (.2) | 0.20 | $ 30.00 |
| 7/10/2015 | (DAV) Reviewed order continuing motion to dismiss and emailed US trustee with approval. (.2) | 0.20 | $ 60.00 |
| 7/14/2015 | (MV) Sent email reminder to client re: Nov. MOR. (.2) | 0.20 | $ 30.00 |
| 7/16/2015 | (MV) Reviewed case and docket w/DV; discussed pending filings. (.2) | 0.20 | $ 30.00 |
| 7/16/2015 | (MV) Final review, scanned in and filed Oct. MOR. (.3) | 0.30 | $ 45.00 |
| 7/21/2015 | (MV) L/M for client re: outstanding November MOR. (.2) | 0.20 | $ 30.00 |
| 7/21/2015 | (MV) Sent client a follow up email re: Nov MOR. (.2) | 0.20 | $ 30.00 |
| 7/21/2015 | (MV) Conferred with DV re: missing MOR. (.2) | 0.20 | $ 30.00 |
| 7/21/2015 | (MV) client called to confirm that she was faxing Nov. MOR. (.2) | 0.20 | $ 30.00 |
| 7/21/2015 | (MV) Redacted, scanned in and filed November MOR. (.3) | 0.30 | $ 45.00 |
| 7/21/2015 | (MV) Printed, reviewed November MOR and gave to DV for signature and review. (.2) | 0.20 | $ 30.00 |
| 7/28/2015 | (MV) Sent follow up email to client regarding missing page of June MOR. (.2) | 0.20 | $ 30.00 |

4

| Date | Description | Hours | Fees |
|---|---|---|---|
| 7/29/2015 | (DAV) Reviewed June operating report. (.3) | 0.30 | $ 90.00 |
| 7/29/2015 | (MV) Redacted, scanned in and filed June MOR. (.3) | 0.30 | $ 45.00 |
| 7/29/2015 | (MV) Received missing MOR pages from client via fax. (.2) | 0.20 | $ 30.00 |
| 8/19/2015 | (MV) Reviewed Court docket; missing July MOR. (.2) | 0.20 | $ 30.00 |
| 8/26/2015 | (MV) Emailed client regarding pending July MOR. (.2) | 0.20 | $ 30.00 |
| 8/28/2015 | (MV) Researched mortgage and deed information for 2 properties and printed out. (1) | 1.00 | $ 150.00 |
| 9/1/2015 | (MV) Phone call to client reminder her to send us July MOR. (.2) | 0.20 | $ 30.00 |
| 9/1/2015 | (MV) Reviewed Court docket for outstanding MOR's - missing July MOR. (.2) | 0.20 | $ 30.00 |
| 9/2/2015 | (MV) Client called, confirmed she would be sending in pending MOR. (.2) | 0.20 | $ 30.00 |
| 9/3/2015 | (MV) Spoke with client again regarding July MOR; she will send today. (.2) | 0.20 | $ 30.00 |
| 9/7/2015 | (DAV) Compiled operating report statements. (.2) | 0.20 | $ 60.00 |
| 9/7/2015 | (DAV) Emailed filing documents to City of Lauderhill. (.2) | 0.20 | $ 60.00 |
| 9/15/2015 | (DAV) reviewed and filed July monthly operating report. (.3) | 0.30 | $ 90.00 |
| 9/16/2015 | (DAV) Attendance at hearing on continued motion to dismiss. (1) | 1.00 | $ 300.00 |
| 9/17/2015 | (MV) Reviewed Court docket for pending MOR's. (.2) | 0.20 | $ 30.00 |
| 9/18/2015 | (DAV) Email to opposing counsel regarding appraisal for 5440 property. (.2) | 0.20 | $ 60.00 |
| 9/22/2015 | (MV) Reviewed court docket; Aug MOR pending. (.2) | 0.20 | $ 30.00 |
| 9/23/2015 | (DAV) Organization of disclosure statement hearing orders with MV. (.2) | 0.20 | $ 60.00 |
| 9/23/2015 | (MV) Drafted Order Setting Hearing on Disclosure Statement. (.2) | 0.20 | $ 30.00 |
| 9/24/2015 | (MV) Drafted Order Concluding Status Conference. (.2) | 0.20 | $ 30.00 |
| 9/24/2015 | (DAV) Reviewed order concluding status conference. (.2) | 0.20 | $ 60.00 |
| 9/24/2015 | (DAV) Amended Order Concluding Status conference. (.2) | 0.20 | $ 60.00 |

| Date | Description | Hours | Fees |
|---|---|---|---|
| 9/24/2015 | (MV) Emailed client regarding pending Aug MOR. (.2) | 0.20 | $ 30.00 |
| 9/25/2015 | (MV) Drafted and filed COS for [DE 67]. (.3) | 0.30 | $ 45.00 |
| 9/25/2015 | (MV) Prepared copies of Order [DE 67] for Service. (.2) | 0.20 | $ 30.00 |
| 9/26/2015 | (DAV) Drafted order continuing hearing on Motion to Dismiss. (.2) | 0.20 | $ 60.00 |
| 9/28/2015 | (MV) Drafted and filed COS for [DE 69]. (.3) | 0.30 | $ 45.00 |
| 9/28/2015 | (MV) Made copies of Order [DE 69]; prepared for service. (.2) | 0.20 | $ 30.00 |
| 9/28/2015 | (DAV) Phone call with client to review plan provisions and valuation for 5440 property. (.5) | 0.50 | $ 150.00 |
| 9/29/2015 | (DAV) Reviewed objection to confirmation filed by Ditech Financial LLC. (.2) | 0.20 | $ 60.00 |
| 9/30/2015 | (MV) Emailed client a reminder to send us pending August MOR. (.2) | 0.20 | $ 30.00 |
| 10/1/2015 | (MV) Received client's Aug MOR via fax. (.2) | 0.20 | $ 30.00 |
| 10/1/2015 | (MV) Redacted, scanned and filed client's Aug. MOR. (.3) | 0.30 | $ 45.00 |
| 10/9/2015 | (DAV) Meeting with AK to discuss motion to value. (.5) | 0.50 | $ 150.00 |
| 10/22/2015 | (MV) Received phone call from Courtroom Deputy regarding rescheduling hearings from 11/6 to a later date. (.2) | 0.20 | $ 30.00 |
| 10/26/2015 | (DAV) Reviewed September monthly operating report. (.3) | 0.30 | $ 90.00 |
| 10/26/2015 | (MV) Redacted bank statements info for September MOR. (.3) | 0.30 | $ 45.00 |
| 10/26/2015 | (MV) Organized, scanned in and filed client's September MOR. (.3) | 0.30 | $ 45.00 |
| 10/30/2015 | (DAV) Review objection to confirmation filed by HSBC Bank as Trustee for Wells Fargo Asset Securities Corp. (.5) | 0.50 | $ 150.00 |
| 11/3/2015 | (MV) contacted Courtroom Deputy regarding Continuing Hearing. (.2) | 0.20 | $ 30.00 |
| 11/3/2015 | (MV) Drafted and filed COS [DE 75]. (.3) | 0.30 | $ 45.00 |
| 11/3/2015 | (MV) Made copies of DE 75 to be mailed out for service. (.2) | 0.20 | $ 30.00 |
| 11/10/2015 | (MV) Sat with Dan to review case and discussed pending matters. (.2) | 0.20 | $ 30.00 |
| 11/11/2015 | (MV) Typed up meeting case notes for Jay. (.2) | 0.20 | $ 30.00 |

| Date | Description | Hours | Fees |
|---|---|---|---|
| 11/16/2015 | (MV) Drafted Order Approving Disclosure Statement. (.2) | 0.20 | $ 30.00 |
| 11/16/2015 | (MV) Emailed Courtroom Dep regarding confirmation hearing dates. (.2) | 0.20 | $ 30.00 |
| 11/17/2015 | (AJM) Prepare documents for DS Hearing;Draft Motions and orders to value liens held by mortgagees (3.1) | 3.10 | $ 697.50 |
| 11/19/2015 | (MV) Made final changes and filed Order Approving Disclosure Statement. (.3) | 0.30 | $ 45.00 |
| 11/19/2015 | (MV) Drafted and filed Order Continuing Hearing on MTD. (.3) | 0.30 | $ 45.00 |
| 11/19/2015 | (MV) Confirmed hearing date with Courtoom Dep. (.2) | 0.20 | $ 30.00 |
| 11/19/2015 | (MV) Confirmed hearing date with Courtoom Dep. (.2) | 0.20 | $ 30.00 |
| 11/24/2015 | (MV) Drafted and filed COS [DE 80]. (.3) | 0.30 | $ 45.00 |
| 11/24/2015 | (MV) Drafted and filed COS [DE 79]. (.3) | 0.30 | $ 45.00 |
| 11/30/2015 | (MV) Redacted Oct MOR and bank statement (.2) | 0.20 | $ 30.00 |
| 11/30/2015 | (MV) Emailed client re: missing pages of Oct. MOR (.2) | 0.20 | $ 30.00 |
| 12/7/2015 | [CVH] T/C with client re: Lauderhill claim. (.2) | 0.20 | $ 70.00 |
| 12/7/2015 | (MV) Spoke with client; she asked that Chad give her a call back regarding her case. (.2) | 0.20 | $ 30.00 |
| 12/10/2015 | (MV) Emailed client regarding missing October MOR pages (2nd email). (.2) | 0.20 | $ 30.00 |
| 12/14/2015 | (MV) Redacted Debtor's Oct MOR and Bank Statements. (.2) | 0.20 | $ 30.00 |
| 12/14/2015 | (MV) Scanned in and filed Debtor's October MOR. (.3) | 0.30 | $ 45.00 |
| 1/11/2016 | (MV) Received missing page from November MOR; printed out and gave to Chad for review. (.2) | 0.20 | $ 30.00 |
| 1/11/2016 | (MV) Amended Order Approving Disclosure statement. (.2) | 0.20 | $ 30.00 |
| 1/11/2016 | (MV) Made final changes to and uploaded Order Approving Disclosure statement. (.3) | 0.30 | $ 45.00 |
| 1/11/2016 | (MV) Redacted, scanned in and filed November MOR. (.3) | 0.30 | $ 45.00 |
| 1/22/2016 | (AJM) Prepare Order, DS and Plan for mailing. (1.0) | 1.00 | $ 225.00 |
| 1/22/2016 | (BS) Assist in preparation of service of Plan, Disclosure Statement, Ballot and Amended Order on creditors and serve same. (.7) | 0.70 | $ 105.00 |

| Date | Description | | Hours | | Fees | |
|---|---|---|---|---|---|---|
| 1/25/2016 | (BS) Docket Notice of Hearing regarding Motion to Dismiss Case or Convert from chapter 11 to 7 (.1); draft certificate of service regarding serving Plan, Disclosure Statement, Ballot and Amended Order (.2); file same (.4). | | 0.70 | $ | 105.00 | |
| 2/10/2016 | (BS) Prepare stipulation with HSBC/Wells Fargo re claim under Plan for filing (.3); correspond with C. Van Horn regarding revision to terms and execute same (.2). | | 0.50 | $ | 75.00 | |
| Totals: | | | | | | |
| | | [DAV] | 19.30 | $ | 5,790.00 | |
| | | [CVH] | 0.20 | $ | 70.00 | |
| | | [MV] | 23.60 | $ | 3,540.00 | |
| | | [MC] | 1.50 | $ | 225.00 | |
| | | [MS] | 5.50 | $ | 825.00 | |
| | | [AJM] | 4.10 | $ | 922.50 | |
| | | [BS] | 1.90 | $ | 285.00 | |
| | | Totals: | 56.10 | $ | 11,657.50 | |
| **Total Activity Code 1** | | | | | | $ 11,657.50 |

### Activity Code 2: CLAIMS ADMINISTRATION

| Date | Description | | Hours | | Fees | |
|---|---|---|---|---|---|---|
| 11/9/2015 | (DAV) Drafted Motion to Value lien of Nationstar Mortgage LLC. (.6) | | 0.60 | $ | 180.00 | |
| 11/9/2015 | (DAV) Drafted Motion to Value lien of Ditech Financial, LLC. (.6) | | 0.60 | $ | 180.00 | |
| 1/8/2016 | (CVH) Review ballot rejecting the plan filed by American Express Centurion Bank. (.2) | | 0.20 | $ | 70.00 | |
| 1/8/2016 | (CVH) Review ballot rejecting plan filed by American Express Bank, FSB. (.2) | | 0.20 | $ | 70.00 | |
| 2/8/2016 | (CVH) Review ballot rejecting plan filed by Discover Bank. (.2) | | 0.20 | $ | 70.00 | |
| Totals: | | | | | | |
| | | [DAV] | 1.20 | $ | 360.00 | |
| | | [CVH] | 0.60 | $ | 210.00 | |
| | | Totals: | 1.80 | $ | 570.00 | |
| **Total Activity Code 2** | | | | | | $ 570.00 |

### Activity Code 3: FEE/EMPLOYMENT APPLICATIONS

| Date | Description | | Hours | | Fees | |
|---|---|---|---|---|---|---|
| 11/18/2014 | (DAV) Drafted affidavit in support of Application to Employ and Proposed Order. (.4) | | 0.40 | $ | 120.00 | |
| 12/9/2014 | (DAV) Preparation for hearing on application to employ. (.5) | | 0.50 | $ | 150.00 | |
| 12/10/2014 | (DAV) Drafted and uploaded Order Approving Employment. (.3) | | 0.30 | $ | 90.00 | |
| 2/13/2016 | (BS) Prepare final fee application and exhibits. (8.0) | | 8.00 | $ | 1,200.00 | |
| Totals: | | | | | | |
| | | [DAV] | 1.20 | $ | 360.00 | |
| | | [BS] | 8.00 | $ | 1,200.00 | |

8

| Date | Description | | Hours | Fees | |
|---|---|---|---|---|---|
| | | Totals: | 9.20 | $ 1,560.00 | |
| | **Total Activity Code 3** | | | | $ 1,560.00 |

### Activity Code 4: MEETING OF THE CREDITORS

| Date | Description | | Hours | Fees | |
|---|---|---|---|---|---|
| 11/12/2014 | (DAV) Pre-341 phone conference. (.5) | | 0.50 | $ 150.00 | |
| 11/14/2014 | (DAV) Travel to MIA and attendance at meeting of creditors. (2.5) | | 2.50 | $ 750.00 | |
| Totals: | | [DAV] | 3.00 | $ 900.00 | |
| | | Totals: | 3.00 | $ 900.00 | |
| | **Total Activity Code 4** | | | | $ 900.00 |

### Activity Code 5: PLAN AND DISCLOSURE STATEMENT

| Date | Description | | Hours | Fees | |
|---|---|---|---|---|---|
| 9/8/2015 | (DAV) Email to US Trustee regarding plan filing. (.2) | | 0.20 | $ 60.00 | |
| 9/11/2015 | (DAV) Started draft of disclosure statement up to class 2. (1) | | 1.00 | $ 300.00 | |
| 9/14/2015 | (DAV) Finished draft of disclosure statement and drafted plan of reorganization and filed documents with the court. (3) | | 3.00 | $ 900.00 | |
| 9/24/2015 | (DAV) Uploaded Order Setting Disclosure Statement Hearing. (.2) | | 0.20 | $ 60.00 | |
| 11/18/2015 | [CVH] Prepare for and attend hearing on approval of the disclosure statement. Negotiate plan terms with lenders. (1.9) | | 1.90 | $ 665.00 | |
| Totals: | | [DAV] | 4.40 | $ 1,320.00 | |
| | | [CVH] | 1.90 | $ 665.00 | |
| | | Totals: | 6.30 | $ 1,985.00 | |
| | **Total Activity Code 4** | | | | $ 1,985.00 |
| | **Total Requested for this Perid** | | 76.40 | | $ 16,672.50 |